**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------

U.S. BANK NATIONAL ASSOCIATION, as
Trustee for GSAMP TRUST 2007-HE1,

Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY,
and GS MORTGAGE SECURITIES CORP.,

Defendants.

--------------------------------------------------

Civil Action No.

## CORPORATE DISCLOSURE STATEMENT

Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities Corp.

submit this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. are

directly or indirectly owned more than ten percent (10%) by The Goldman Sachs Group, Inc.,

whose shares are publicly traded on the New York Stock Exchange.

Dated: March 14, 2019      By:  /s/ Richard A. Jacobsen       

       ORRICK, HERRINGTON & SUTCLIFFE LLP
        Richard A. Jacobsen
        51 West 52nd Street
        New York, New York 10019
        Telephone: (212) 506-5000
        Facsimile: (212) 506-5151
        rjacobsen@orrick.com

       *Attorneys for Defendants Goldman Sachs Mortgage*
       *Company and GS Mortgage Securities Corp.*