# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (HE1) | ) |
| *Plaintiff* | ) |
| v. | ) |
| GOLDMAN SACHS MORTGAGE COMPANY | ) |
| *Defendant* | ) |

Case No.  19-cv-2305

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities Corp

                                                                                                    .

Date:     03/15/2019

/s/ Thomas N. Kidera
*Attorney's signature*

Thomas N. Kidera
*Printed name and bar number*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019

*Address*

tkidera@orrick.com
*E-mail address*

(212) 506-5277
*Telephone number*

*FAX number*