**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. BANK NATIONAL ASSOCIATION, as
Trustee for GSAMP TRUST 2007-HE1,

      Plaintiff,

      -against-

GOLDMAN SACHS MORTGAGE COMPANY,
and GS MORTGAGE SECURITIES CORP.,

      Defendants.

Civil Action No. 1:19-cv-2305

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas N. Kidera, certify pursuant to 28 U.S.C. § 1746 as follows:

I am a partner at Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York,

NY 10019, and am counsel of record for Defendants Goldman Sachs Mortgage Company and

GS Mortgage Securities Corp. in this action.

On March 14, 2019, I served a true and correct copy of the attached Notice to Plaintiff of

Removal, dated March 14, 2019, via email, and caused of copy of the same to be served via U.S.

regular mail upon the following counsel for Plaintiff:

Christopher P. Johnson
Gayle R. Klein
Zachary W. Mazin
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
cpjohnson@mckoolsmith.com
gklein@mckoolsmith.com
zmazin@mckoolsmith.com

In addition, on March 14, 2019, I caused to be filed a Notice of Filing of Notice of

Removal attaching the Notice of Removal filed in this action in <u>U.S. Bank National Association,</u>

<u>as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company, *et al.*</u>, Index No.

650992/2019, pending in the Supreme Court of the State of New York, County of New York, via the Court's NYSCEF filing system which sent electronic notification of such filing to the New York County Clerk of Court and counsel of record in that action.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   March 15, 2019
                New York, New York

*/s/ Thomas N. Kidera*
Thomas N. Kidera
