UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for GSAMP TRUST 2007-HE1,

        Plaintiff,

        -against-

GOLDMAN SACHS MORTGAGE COMPANY, and
GS MORTGAGE SECURITIES CORP.,

        Defendants.

Index No. 1:19-cv-02305
   [rel. 1:19-cv-02307]

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. Bank National Association (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, in which no one entity owns 10% or more of its stock.

Dated: New York, New York
     April 8, 2019

              MCKOOL SMITH, P.C.

              By:    */s/ Christopher P. Johnson*

                    Christopher P. Johnson
                    Gayle R. Klein
                    Zachary W. Mazin
                    Jared S. Siegel
              One Bryant Park, 47th Floor
              New York, NY 10036
              cpjohnson@mckoolsmith.com
              gklein@mckoolsmith.com
              zmazin@mckoolsmith.com
              jsiegel@mckoolsmith.com
              (t) (212) 402-9400
              (f) (212) 402-9444

              *Attorneys for Plaintiff*