UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for GSAMP TRUST 2007-HE1,

              Plaintiff,

             -against-                   Index No. 1:19-cv-02305
                                                [rel. 1:19-cv-02307]

GOLDMAN SACHS MORTGAGE COMPANY, and
GS MORTGAGE SECURITIES CORP.,

              Defendants.

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1.

Dated: New York, New York
       April 8, 2019

                                 By:   */s/ Christopher P. Johnson*
                                        Christopher P. Johnson

                                  MCKOOL SMITH, P.C.
                                  One Bryant Park, 47th Floor
                                  New York, NY 10036
                                  cpjohnson@mckoolsmith.com
                                  (t) (212) 402-9400
                                  (f) (212) 402-9444

                                  *Attorney for Plaintiff*