UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for GSAMP TRUST 2007-HE1,

        Plaintiff,

        -against-

GOLDMAN SACHS MORTGAGE COMPANY, and
GS MORTGAGE SECURITIES CORP.,

        Defendants.

Index No. 1:19-cv-02305
    [rel. 1:19-cv-02307]

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1.

Dated: New York, New York
      April 8, 2019

By:   */s/ Gayle R. Klein*
      Gayle R. Klein

MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
gklein@mckoolsmith.com
(t) (212) 402-9400
(f) (212) 402-9444

*Attorney for Plaintiff*