UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for GSAMP TRUST 2007-HE1,

Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY, and
GS MORTGAGE SECURITIES CORP.,

Defendants.

Index No. 1:19-cv-02305
[rel. 1:19-cv-02307]

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1.

Dated: New York, New York
       April 8, 2019

By:    */s/ Jared S. Siegel*
       Jared S. Siegel


MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
jsiegel@mckoolsmith.com
(t) (212) 402-9400
(f) (212) 402-9444

*Attorney for Plaintiff*