UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE1, <br><br> Plaintiff, <br><br> -against- <br><br> GOLDMAN SACHS MORTGAGE COMPANY, L.P. and GS MORTGAGE SECURITIES CORP., <br><br> Defendants. | Index No. 1:19-cv-02305 <br> [rel. 1:19-cv-02307] |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2, <br><br> Plaintiff, <br><br> -against- <br><br> GOLDMAN SACHS MORTGAGE COMPANY, L.P. and GS MORTGAGE SECURITIES CORP., <br><br> Defendants. | Index No. 1:19-cv-02307 <br> [rel. 1:19-cv-02305] |

## STIPULATION SETTING DATE TO SERVE COMPLAINTS

**WHEREAS** U.S. Bank National Association, as Trustee of the Goldman Sachs Alternative Mortgage Products Trust 2007-HE1 ("GSAMP 2007-HE1") and Goldman Sachs Alternative Mortgage Products Trust 2007-HE2 ("GSAMP 2007-HE2"), commenced these two actions (the "Actions") in the Supreme Court of the State of New York, County of New York, by filing a Summons with Notice with respect to each on February 15, 2019 and February 21, 2019, respectively (collectively, the "Summonses"); and

**WHEREAS**, on March 14, 2019, Defendants removed each of the Actions to this Court prior to being served with the Summonses; and

**WHEREAS** the Actions were designated and accepted as "related" to each other; and

**WHEREAS**, on April 15, 2019, this Court Ordered the Parties to appear for an initial pretrial conference with this Court for each of the Actions on Friday, June 14, 2019 at 3:30 p.m. (the "Pretrial Conference"); and

**WHEREAS**, on May 3, 2019, the Trustee filed a separate *Petition of U.S. Bank National Association, as Trustee*, *for Instructions in the Administration of Trust Pursuant to Minn. Stat. § 501C.0201 et seq.* (the "Trust Instruction Proceeding" or "TIP") with the District Court of Ramsey County, Minnesota (the "Minnesota District Court") for each of the GSAMP 2007-HE1 and the GSAMP 2007-HE2 Trusts at issue in each of the Actions (collectively, the "Trusts"); and

**WHEREAS** the Trust Instruction Proceeding for each of the Trusts seeks, among other things, instruction from the Minnesota District Court with respect to the continued prosecution of each Action and, if certain relief is not granted to the Trustee, an instruction directing the Trustee to dismiss each Action; and

**WHEREAS** the Minnesota District Court has entered orders setting hearings in each of the TIPs to occur on June 17, 2019; and

**WHEREAS**, because of the TIP hearings, the Parties intend to request jointly that the Pretrial Conference be adjourned to July 19, 2019 or such later date as is convenient to the Court; and

**WHEREAS** the parties wish to fix a date certain between the TIP hearings and the proposed adjourned date for the Pretrial Conference for the filing and service of complaints in these Actions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among all Parties, by their undersigned counsel, as follows:

1.      The complaints in each Action shall be served by June 28, 2019 or five business

days after the Minnesota District Court enters an order resolving the TIP for each Trust,

whichever is later.

Dated:  May 17, 2019
           New York, New York

| **MCKOOL SMITH, P.C.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
|---|---|
| By:  /s/ Christopher P. Johnson | By: /s/ Richard A. Jacobsen, Jr. |
|      Christopher P. Johnson |      Richard A. Jacobsen, Jr. |
| Gayle R. Klein | Thomas N. Kidera |
| Zachary W. Mazin | |
| Jared S. Siegel | 51 West 52nd Street |
| | New York, NY 10019 |
| One Bryant Park, 47th Floor | rjacobsen@orrick.com |
| New York, NY 10036 | tkidera@orrick.com |
| cpjohnson@mckoolsmith.com | (212) 506-5000 |
| gklein@mckoolsmith.com | |
| zmazin@mckoolsmith.com | *Attorneys for Defendants Goldman Sachs* |
| jsiegel@mckoolsmith.com | *Mortgage Company L.P. and GS Mortgage* |
| (t) (212) 402-9400 | *Securities Corp.* |
| | |
| *Attorneys for Plaintiff U.S. Bank National* | |
| *Association as Trustee for GSAMP 2007-HE1* | |
| *and GSAMP 2007-HE2 Trusts* | |

SO ORDERED:


_____

The Honorable Alison J. Nathan
United States District Judge

May __, 2019