# McKool Smith

Christopher P. Johnson
Direct Dial:  (212) 402-9416
cpjohnson@McKoolSmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

MAY 2 1 2019

May 17, 2019

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

RE:    *U.S. Bank National Association, as Trustee of GSAMP Trust 2007-HE1 v.*
*Goldman Sachs Mortgage Company L.P. & GS Mortgage Securities Corp.*
(Case No. 1:19-cv-02305)

*U.S. Bank National Association, as Trustee of GSAMP Trust 2007-HE2 v.*
*Goldman Sachs Mortgage Company L.P. & GS Mortgage Securities Corp*
(Case No. 1:19-cv-02307)

Dear Judge Nathan:

We represent U.S. Bank National Association, in its capacity as Trustee of the GSAMP 2007-HE1 and GSAMP 2007-HE2 Trusts (the "Trusts") and Plaintiff in the above-referenced related actions (the "Actions"), which were removed from the Supreme Court of the State of New York, County of New York ("New York Supreme").

On behalf of the Plaintiff-Trustee and the Defendants,[1] we write pursuant to Rule 1.D of this Court's Individual Practices to request an adjournment of the initial pretrial conference in the Actions, which is currently scheduled for Friday, June 14, 2019 at 3:30 p.m. (the "Pretrial Conference"). The reason for the requested adjournment is that the Trustee has commenced Trust Instruction Proceedings in Minnesota state court relating to the Trusts, the Minnesota court has scheduled a hearing in those Proceedings for June 17, 2019, and the parties believe that the litigation of these Actions may be impacted by that hearing. The parties mutually propose the following three alternative dates for the Pretrial Conference: July 19, August 9, and August 16, 2019. The parties have not previously requested an adjournment of the Pretrial Conference.

Relatedly, because the Actions were commenced in New York Supreme via a "summons with notice," not a complaint, the parties have executed the enclosed Stipulation Setting Date To

---

[1]    Counsel for Defendants Goldman Sachs Mortgage Company, L.P. and GS Mortgage Securities Corp. has reviewed and consented to the contents of this letter.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

Hon. Alison J. Nathan, U.S.D.J.
Case Nos. 1:19-cv-02305 and 1:19-cv-02307
May 17, 2019
Page 2

Serve Complaints (the "Stipulation").  The parties respectfully request that the Court "so order" that Stipulation.

We appreciate the Court's consideration of these requests.

Respectfully submitted,

/s/ Christopher P. Johnson

Christopher P. Johnson


cc:    Counsel for Defendants via ECF

> The initial pretrial conference currently scheduled in both of the above-captioned actions for June 14, 2019 is hereby adjourned to 3:00 p.m. on Friday, August 9, 2019. Seven days in advance of that conference, the parties shall submit the materials described in Dkt. Nos. 11 and 12.
> SO ORDERED.

SO ORDERED:    5/21/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

4835-1349-4167