# McKool Smith

Christopher P. Johnson
Direct Dial: (212) 402-9416
cpjohnson@McKoolSmith.com

One Bryant Park
47th Floor
New York, NY 10036

JUL 0 1 2019

June 28, 2019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

> As stated in the parties' stipulation so-ordered by this Court on May 22, 2019, the complaints in each of the below-captioned actions shall be served within five business days of the Minnesota District Court's resolution of the below-described Trust Instruction Proceedings. By July 22, 2019 or the date on which the Minnesota Court orders such resolution, whichever is sooner, the parties shall file a joint status letter advising the Court of the status of those proceedings.
> SO ORDERED.

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

RE: *U.S. Bank National Association, as Trustee of GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company L.P. & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305)

*U.S. Bank National Association, as Trustee of GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company L.P. & GS Mortgage Securities Corp* (Case No. 1:19-cv-02307)

Dear Judge Nathan:

We represent U.S. Bank National Association, in its capacity as Trustee of the GSAMP 2007-HE1 and GSAMP 2007-HE2 Trusts and Plaintiff in these related actions, which were removed from the Supreme Court of the State of New York, County of New York.

On May 22, 2019, Your Honor "so ordered" the parties' Stipulation Setting Date To Serve Complaints, pursuant to which "[t]he complaints in each Action shall be served by June 28, 2019 or five business days after the Minnesota District Court enters an order resolving the [Trust Instruction Proceeding ("TIP")] for each Trust, whichever is later." (*See* Dkt. Nos. 14 &15 for GSAMP 2007-HE1 and GSAMP 2007-HE2, respectively.) I am writing to advise the Court that, as of today, the Minnesota District Court has not entered an order resolving either TIP.

I will update the Court within two weeks on the status of the TIPs, unless the Court prefers an update on a different schedule.

Respectfully submitted,

/s/Christopher P. Johnson

Christopher P. Johnson

7/1/19

**SO ORDERED:**

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendants via ECF

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC