# EXHIBIT B

Filed in District Court
State of Minnesota
7/2/2019 2:01 PM

STATE OF MINNESOTA

COUNTY OF RAMSEY

In the Matter of GSAMP Trust 2007-HE2

DISTRICT COURT

SECOND JUDICIAL DISTRICT
Case Type: Trust

Case No. 62-TR-CV-19-16
Hon. Thomas A. Gilligan

**STIPULATION AND
SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned Parties as follows:

1.    Discovery in this proceeding will be limited to requests for production and interrogatories.

2.    The deadline for serving requests for production or interrogatories on any Party was June 25, 2019.

3.    The Parties will provide written responses to the written discovery requests on or before July 9, 2019.

4.    Documents in response to the discovery requests, to the extent there is no objection to the requests, will be produced on or before July 23, 2019.

5.    All discovery will be complete on or before August 9, 2019.

6.    Submissions to the Court in support of a Party's position in this proceeding may be made on or before September 9, 2019.

7.    Any Party may file a submission in response to a submission made pursuant to the preceding paragraph on or before September 23, 2019.

8.    Modification of this Order may be made by leave of court upon a showing of good cause.

1

62-TR-CV-19-16

Filed in District Court
State of Minnesota
7/2/2019 2:01 PM

Dated: July 2, 2019

MASLON LLP

By:___s/ Michael C. McCarthy_____
   Michael C. McCarthy (#230406)
   Ana Chilingarishvili (#0391057)
   90 South Seventh Street
   Suite 3300
   Minneapolis, MN 55402-4140
   Telephone: (612) 672-8200
   Facsimile: (612) 672-8397
   Email: mike.mccarthy@maslon.com
          ana.chilingarishvili@maslon.com

*Attorneys for U.S. Bank National Association, Trustee*

GREENE ESPEL PLLP

By:___s/ John B. Orenstein_____
   John B. Orenstein (#20903X)
   Virginia R. McCalmont (#0399496)
   222 South 9th Street
   Suite 2200
   Minneapolis, MN 55402
   Telephone: (612) 373-0830
   Facsimile: (612) 373-0929
   Email: jorenstein@greeneespel.com
          vmccalmont@greeneespel.com

*Attorneys for AWC Fund LLC*

LOCKRIDGE GRINDAL NAUEN P.L.L.P

By:___s/ Gregg Fishbein_____
   Gregg M. Fishbein (#202009)
   Kate M. Baxter-Kauf (#392037)
   100 Washington Avenue South
   Minneapolis, MN 55401-2179
   Telephone: (612) 339-6900
   Facsimile: (612) 339-0981
   Email: gmfishbein@locklaw.com

2

Filed in District Court
State of Minnesota
7/2/2019 2:01 PM

JENNER & BLOCK LLP
Stephen L. Ascher
Logan J. Gowdey
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Email: sascher@jenner.com
          lgowdey@jenner.com

*Attorneys for LSTAR*


BERENS & MILLER, P.A.

By:  /s/Barbara P. Berens
Barbara P. Berens (#209788)
Erin K. Fogarty Lisle (#238168)
Carrie L. Zochert (#291778)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
Email: bberens@berensmiller.com
          elisle@berensmiller.com
          czochert@berensmiller.com

*Attorneys for Party Park Royal I LLC*


SO ORDERED:



The Honorable Thomas A. Gilligan, Jr.
Judge of District Court

Date: July 17, 2019

3