AUG 0 6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Bank National Association,

Plaintiff,

–v–

Goldman Sachs Mortgage Company, *et al.*,

Defendants.

19-cv-02305 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference currently scheduled for September 6, 2019, is hereby adjourned to October 4, 2019 at 3 pm.

SO ORDERED.

Dated: August 6, 2019

New York, New York

ALISON J. NATHAN
United States District Judge