AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

U.S. BANK NATIONAL ASSOCIATION )
*Plaintiff* )
v. ) Case No. 19-cv-02305-AJN
GOLDMAN SACHS MORTG. CO., L.P. et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOLDMAN SACHS MORTGAGE COMPANY, L.P. and GS MORTGAGE SECURITIES CORP. .

Date: 09/23/2019

/s/ Daniel A. Rubens
*Attorney's signature*

Daniel A. Rubens (NY Bar No: 4688834)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

drubens@orrick.com
*E-mail address*

(212) 506-3679
*Telephone number*

(212) 506-5151
*FAX number*