UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>as Trustee for GSAMP TRUST 2007-HE1,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDMAN SACHS MORTGAGE COMPANY, L.P. and GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No: 19-cv-02305-AJN<br>[rel. 1:19-cv-02307] |

-------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss, the Memorandum of Law in Support of Defendants' Motion to Dismiss, and the annexed Declaration of Richard A. Jacobsen and the exhibits attached thereto, Defendants Goldman Sachs Mortgage Company, L.P. and GS Mortgage Securities Corp. will move this Court, before the Honorable Judge Alison J. Nathan, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY 10007, on a date to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in this action on the ground that it fails to state a cause of action upon which relief can be granted.

Dated: New York, New York
September 23, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Richard A. Jacobsen

Richard A. Jacobsen
Thomas N. Kidera
Daniel A. Rubens
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
rjacobsen@orrick.com
tkidera@orrick.com
drubens@orrick.com

*Attorneys for Defendants Goldman Sachs Mortgage Company, L.P. and GS Mortgage Securities Corp.*