UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE1,

Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY, L.P. and GS MORTGAGE SECURITIES CORP.,

Defendants.
-----------------------------------------------------X

Case No: 19-cv-02305-AJN
[rel. 1:19-cv-02307]

**DECLARATION OF RICHARD A. JACOBSEN**
**<u>IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS</u>**

I, RICHARD A. JACOBSEN, declare and state as follows:

1. I am a member of the bar of the State of New York and am admitted to the United States District Court for the Southern District of New York. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Goldman Sachs Mortgage Company, L.P. and GS Mortgage Securities Corp. (collectively, "Defendants") in the above-captioned action. I submit this Declaration in support of Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of the Petition (without exhibits) filed by U.S. Bank National Association, as Trustee, for Instructions in the Administration of Trust Pursuant to Minn. Stat. § 501C.0201 *et seq.* in <u>In the matter of GSAMP Trust 2007-HE1</u>, No. 62-TR-CV-19-15, District Court, Second Judicial District, Ramsey County, State of Minnesota (the "TIP Proceeding"), dated May 3, 2019.

3. Attached as Exhibit B is a true and correct copy of the Order issued by the District Court, Second Judicial District, Ramsey County, State of Minnesota in the TIP Proceeding, dated July 17, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 23, 2019
New York, New York

/s/ Richard A. Jacobsen
Richard A. Jacobsen