**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

RE: *U.S. Bank National Association, as Trustee of GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company L.P. & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305) [rel. 1:19-cv-02307]

Dear Judge Nathan:

On behalf of the Plaintiff-Trustee and Defendants (together, the "Parties"), we write pursuant to Rule 1.D of this Court's Individual Practices to request an adjournment of the initial pretrial conference, which is currently scheduled for Friday, October 4, 2019 at 3:00 p.m. (*see* Dkt. No. 29). The parties respectfully request that the Initial Pretrial Conference be rescheduled for November 8th, for the reasons discussed below, and submit November 15th and November 22nd as alternative dates.[1]

On September 23rd, Defendants moved to dismiss Plaintiff's complaint (Dkt. Nos. 31-33). The parties have negotiated a briefing schedule that would result in the motion being fully briefed by November 7th. At the same time, the parties have agreed to commence discovery while the motion is pending. Specifically, in this residential mortgage-backed securities ("RMBS") "putback" action, the parties will limit discovery while the motion is pending to an exchange of Rule 26 initial disclosures and the collection (including from non-parties) of loan tapes, loan files, servicing files and underwriting guidelines (together, "Loan Documents"), while deferring all other discovery until after the motion has been resolved.[2] The parties respectfully submit that the Initial Pretrial Conference will be more productive if conducted after that motion to dismiss has been fully briefed and the parties have commenced Loan Document discovery.

The parties submit herewith their proposed Stipulation Setting A Briefing Schedule For Defendants' Motion To Dismiss And Limiting Discovery While The Motion Is Litigated (the "Stipulation"). If the Court agrees with the schedule proposed therein, the parties respectfully request that the Court "so order" that Stipulation and adjourn the Initial Pretrial Conference until after the motion has been fully briefed.

---

[1] The Court previously granted the parties' joint request and Defendants' request for an adjournment of the Initial Pretrial Conference. (Dkt. Nos. 13 and 20).

[2] Loan Documents form the predicate for the Trustee's claims, but experience from other RMBS putback matters has proven that many sources often have incomplete loan files. Accordingly, one must often collect every version of a loan file that may exist – *e.g.*, from sponsors, custodians, originators, and due diligence vendors – to ensure that one may assemble the most complete loan file possible. This is a time-consuming process and the parties agree that it is prudent to begin that process now. To be clear, until the Motion to Dismiss has been resolved, the parties will only be required to search for and collect Loan Documents from central files, systems, and repositories and will not be required to collect or review other electronically-stored information (e.g., email communications) as part of that search.

We appreciate the Court's consideration of these requests.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher P. Johnson | /s/ Richard Jacobsen |
| Christopher P. Johnson<br>Gayle R. Klein<br>Counsel for Plaintiff | Richard Jacobsen<br>Thomas Kidera<br>Counsel for Defendants |