USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/25/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2, | Index No. 1:19-cv-02307 [rel. 1:19-cv-02305] |
| Plaintiff, | |
| -against- | |
| GOLDMAN SACHS MORTGAGE COMPANY and GS MORTGAGE SECURITIES CORP., | |
| Defendants. | |

### FED. R. CIV. P. 26(d)(1) STIPULATION
### PERMITTING IMMEDIATE LOAN DOCUMENT DISCOVERY

**WHEREAS** U.S. Bank National Association (the "Trustee"), as Trustee for Goldman

Sachs Alternative Mortgage Products Trust 2007-HE2 ("GSAMP 2007-HE2"), has filed and

served a complaint in this action (Dkt. No. 29); and

**WHEREAS** the parties have agreed that Defendants will respond to the complaint by

July 13, 2020 (Dkt. Nos. 34 & 35); and

**WHEREAS** the parties desire to commence discovery, but wish to limit that discovery

during the initial pleading stages;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among all

parties, by their undersigned counsel, as follows:

1.      For purposes of this stipulation, the "Limited Discovery Period" shall last from

the date hereof until:

    a.   the date that the Court resolves Defendants' contemplated motion to dismiss

       the action in its entirety; or

    b.   if the only basis in such motion for dismissing this action in its entirety is the "depositor consent" language in Section 2.07 of the GSAMP Trust 2007-HE2 Pooling and Servicing Agreement, the date that the Court resolves the motion to dismiss in *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company, L.P. and GS Mortgage Securities Corp.*, No: 19-cv-02305.

2.    The parties may immediately commence discovery, but, during the Limited Discovery Period, shall limit such discovery to i) an exchange of Rule 26 initial disclosures; ii) the identification of any non-parties (including due diligence providers) that may have possession, custody or control of loan tapes, loan files, servicing files and underwriting guidelines (together, "Loan Documents"); and iii) the collection (including from non-parties) of Loan Documents, while deferring all other discovery until after the Limited Discovery Period.

3.    All discovery other than that described in paragraph 2 hereof shall be deferred until after the Limited Discovery Period.

4.    The Parties agree that, during the Limited Discovery Period, the parties will only be required to search for and collect Loan Documents from centralized files, systems, and repositories, and will not be required to search, collect or review other electronically-stored information (*e.g.*, email communications) as part of that search.  A party's collection and, to the extent responsive, production of Loan Documents from centralized files, systems, and repositories shall fully satisfy its obligation under clause (iii) of paragraph 2.  For the avoidance of doubt, no party is required to produce any documents or information relating to Loan Documents until after the Limited Discovery Period other than as set forth in this Stipulation.

Dated:  June 23, 2020
        New York, New York

**MCKOOL SMITH, P.C.**                    **ORRICK, HERRINGTON & SUTCLIFFE LLP**


By: /s/  Christopher P. Johnson           By: /s/  Richard A. Jacobsen, Jr.
        Christopher P. Johnson                    Richard A. Jacobsen, Jr.
Gayle R. Klein                            Thomas N. Kidera
Zachary W. Mazin
Jared S. Siegel

One Manhattan West                        51 West 52nd Street
395 Ninth Avenue, 50th Floor              New York, NY 10019
New York, NY 10001                        rjacobsen@orrick.com
cpjohnson@mckoolsmith.com                 tkidera@orrick.com
gklein@mckoolsmith.com                    (212) 506-5000
zmazin@mckoolsmith.com
jsiegel@mckoolsmith.com
(t) (212) 402-9400

*Attorneys for Plaintiff U.S. Bank National*      *Attorneys for Defendants Goldman Sachs*
*Association, as Trustee for GSAMP 2007-HE2*      *Mortgage Company and GS Mortgage*
*Trust*                                           *Securities Corp.*

SO ORDERED:
_____
The Honorable Alison J. Nathan
United States District Judge

June 24, 2020