USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. Bank National Association,

                Plaintiff,

–v–

Goldman Sachs Mortgage Company, *et al.*,

                Defendants.

19-cv-2305 (AJN)
19-cv-2307 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the various stipulations and pending motions to dismiss in these matters, the conference currently scheduled for July 24, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: July 15, 2020
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge