USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021



February 1, 2021

**VIA ECF**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Richard A. Jacobsen

E  Rjacobsen@orrick.com
D  +1 212 506 3743
F  +1 212 506 5151

Re:  U.S. Bank Nat'l Ass'n, as Trustee of GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Co. et al., Case No. 1:19-cv-02305

U.S. Bank Nat'l Ass'n, as Trustee of GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Co. et al., Case No. 1:19-cv-02307

Dear Judge Nathan:

We represent Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities Corporation (together, "Defendants") in the above-referenced actions (the "Actions").

On behalf of the Defendants, we write pursuant to Rule 1.D of Your Honor's Individual Practices to request an adjournment of the initial pretrial conference in the Actions, which is currently scheduled for February 12, 2021 (the "Pretrial Conference"). Defendants request an adjournment due to an unavoidable scheduling conflict that has arisen for lead counsel. Plaintiff consents to the adjournment. The parties mutually propose the following three alternative dates for the Pretrial Conference: February 19, February 26, or March 5. This is the third request for an adjournment of the Pretrial Conference, all of which have been granted.

Plaintiff requested that the following language be included in this letter-motion: The Plaintiff-Trustee expects the Pretrial Conference to be necessary and productive at this time. The Plaintiff-Trustee intends to raise certain outstanding discovery issues at the conference that, if not resolved then or before, are likely to cause motion practice.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ Richard A. Jacobsen

Richard A. Jacobsen



Honorable Alison J. Nathan, U.S.D.J.
February 1, 2021
Page 2

> The initial pretrial conference scheduled for February 12, 2021, is adjourned to February 26, 2021, at 3:15 p.m. The parties shall submit their joint letter and proposed case management plan no later than seven days before the conference.
> SO ORDERED.

cc:   Counsel of Record (by ECF)

SO ORDERED.   2/3/2021
ALISON J. NATHAN, U.S.D.J.