USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1,

    Plaintiff,

–v–

Goldman Sachs Mortgage Company, L.P, *et al.*,

    Defendants.

---

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2,

    Plaintiff,

–v–

Goldman Sachs Mortgage Company, *et al.*,

    Defendants.

---

19-cv-2305 (AJN)

19-cv-2307 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The telephone conference scheduled for June 15, 2021, is adjourned to June 16, 2021, at 3:00 p.m.

    SO ORDERED.

Dated: June 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge