```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/7/14243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1,

        Plaintiff,

    –v–

Goldman Sachs Mortgage Company, L.P, *et al.*,

        Defendants.

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2,

        Plaintiff,

    –v–

Goldman Sachs Mortgage Company, *et al.*,

        Defendants.

19-cv-2305 (AJN)

19-cv-2307 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The telephone conference scheduled for June 16, 2021, is adjourned to June 18, 2021, at 9:30 a.m.

    SO ORDERED.

Dated: June 15, 2021
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge