USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1,

    Plaintiff,

–v–

Goldman Sachs Mortgage Company, L.P, *et al.*,

    Defendants.

---

U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2,

    Plaintiff,

–v–

Goldman Sachs Mortgage Company, *et al.*,

    Defendants.

---

19-cv-2305 (AJN)

19-cv-2307 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The District has just announced that it will observe the Juneteenth holiday on June 18, 2021, and the Court is not available for a conference during the following week. Thus, the telephone conference scheduled for June 18, 2021, is adjourned to June 28, 2021, at 11:00 a.m. The parties and members of the public may access the proceeding at the scheduled time by dialing (888) 363-4749 and entering access code 919-6964.

    SO ORDERED.

Dated: June 17, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge