UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE1,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDMAN SACHS MORTGAGE COMPANY, and GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Index No. 1:19-cv-02305<br>[rel. 1:19-cv-02307] |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDMAN SACHS MORTGAGE COMPANY, and GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Index No. 1:19-cv-02307<br>[rel. 1:19-cv-02305] |

**NOTICE OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT TO ALLOW PROOF BY SAMPLING**

PLEASE TAKE NOTICE that, pursuant to the Court's June 29, 2021 Order (19-cv-2305 Dkt. No 114 & 19-cv-2307 Dkt. No. 90 at ¶ 1) and upon the accompanying Memorandum of Law, the Statement of Undisputed Material Facts Under Local Civil Rule 56.1; the July 28, 2021 Declaration of Christopher P. Johnson, Esq.; the July 28, 2021 Declaration of Karl N. Snow, Ph.D.; the July 27, 2021 Declaration of Robert W. Hunter; the July 26, 2021 Declaration of Susan E. Jacobsen; and the exhibits attached to those declarations, Plaintiff U.S. Bank National Association, in its capacity as trustee of the GSAMP Trust 2007-HE1 and GSAMP Trust 2007-

HE2, will move this Court, before the Honorable Alison J. Nathan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on a date to be determined by the Court, pursuant to Fed. R. Civ. P. 56, for an Order granting Plaintiff's Motion for Partial Summary Judgment to Allow Proof by Sampling.

Dated: July 28, 2021
     New York, New York

McKOOL SMITH, P.C.

By:   */s/ Christopher P. Johnson*
      Christopher P. Johnson

Zachary W. Mazin
Jared S. Siegel
Daniel I. Hendler

cpjohnson@mckoolsmith.com
zmazin@mckoolsmith.com
jsiegel@mckoolsmith.com
dhendler@mckoolsmith.com
395 9th Avenue, 50th Floor
New York, NY 10001
(212) 402-9400

*Attorneys for Plaintiff*