USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE1,

Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY and GS MORTGAGE SECURITIES CORP.,

Defendants.

Index No. 1:19-cv-02305
[rel. 1:19-cv-02307]

U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2,

Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY and GS MORTGAGE SECURITIES CORP.,

Defendants.

Index No. 1:19-cv-02307
[rel. 1:19-cv-02305]

**STIPULATION AND ~~[PROPOSED]~~ ORDER**
**REGARDING THE USE OF DISCOVERY MATERIAL**

**WHEREAS** the parties wish to facilitate the production, exchange, and discovery of documents and information in the above-captioned related actions (each an "Action" and collectively, the "Actions"); and

**WHEREAS** the Actions are governed by identical (i) Orders For The Production and Exchange Of Confidential Information (the "Protective Orders") (1:19-cv-02305 Dkt. No. 60; 1:19-cv-02307 Dkt. No. 21); and (ii) Stipulations And Orders Regarding The Format Of Document Productions (1:19-cv-02305 Dkt. No. 61; 1:19-cv-02307 Dkt. No. 22)

**NOW, THEREFORE,** the undersigned hereby stipulate and agree to the following provisions related to the production of documents in the Actions:

1. Any document[1] produced and/or disclosed in one Action shall be deemed as though it was produced and/or disclosed in each of the Actions ("Shared Materials");

2. Either party may use, in either of the Actions, Shared Materials produced and/or disclosed in any Action (subject to Paragraphs 3 and 4). Such use will not violate the Protective Orders (provided such use complies with the other provisions of the Protective Orders);

3. Nothing in this Stipulation and Order constitutes a waiver of any objections to, or concessions about, the relevance or admissibility of any Shared Materials or affects the right of either Party to seek to use Shared Materials for any purpose, including trial, or to object to such use except as provided in Paragraphs 1 and 2 herein. For the avoidance of doubt, neither party is conceding that any document produced in one Action is relevant to the other Action or that any loan in either trust is relevant to the other trust; and

4. Except as provided herein, the Parties reserve all rights and objections.

[[Signatures follow on next page.]]

[1] For the avoidance of doubt, the use of prior deposition testimony produced in these actions, if any, is not covered by this stipulation and may be governed by a separate deposition protocol.

Index Nos. 1:19-cv-02305 and 1:19-cv-02307

Dated: November 10, 2021
New York, New York

**STIPULATED AND AGREED:**

**MCKOOL SMITH, P.C.**

By: /s/ Christopher P. Johnson
Christopher P. Johnson
Zachary W. Mazin
Jared S. Siegel
Daniel I. Hendler

One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001-8603
cpjohnson@mckoolsmith.com
zmazin@mckoolsmith.com
jsiegel@mckoolsmith.com
dhendler@mckoolsmith.com
(212) 402-9400

*Attorneys for Plaintiff*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Richard A. Jacobsen, Jr.
Richard A. Jacobsen, Jr.
Thomas N. Kidera
Jennifer C. Lee
David Litterine-Kaufman

51 West 52nd Street
New York, New York 10019

rjacobsen@orrick.com
tkidera@orrick.com
jclee@orrick.com
dlitterinekaufman@orrick.com
(212) 506-5000

*Attorneys for Defendants*

**SO ORDERED:**

______________________________
Hon. Alison J. Nathan, U.S.D.J. 11/11/21