**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,

                        Plaintiff,                  **ORDER**

               -against-                  **19-CV-2305 (PGG) (JW)**

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                       Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On November 9, 2022, this case was referred for resolution of the discovery dispute pending at Dkt No. 156. See Dkt. No. 158. A conference to address this issue will take place on **December 8, 2022** at **10:30 AM**. The conference will take place in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
               November 22, 2022

                                                         _____
                                                           JENNIFER E. WILLIS
                                                          United States Magistrate Judge