December 7, 2022

*VIA ECF*

Hon. Jennifer G. Willis, U.S.M.J.
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, New York 10007

> SO ORDERED. The conference is adjourned to January 5, 2023, at 10:30 AM. The Parties are instructed to update the Court by January 4, 2023 as to the status of the dispute and whether the conference is still required.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> December 8, 2022

Re:   *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305) [rel. 1:19-cv-02307] ("*HE1*");

*U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305] ("*HE2*," and together with *HE1*, the "Actions")

Dear Judge Willis:

The parties to these Actions write jointly in reference to the Court's November 22, 2022 Order, which scheduled a December 8, 2022 conference for resolution of the discovery dispute pending at *HE1*, Dkt No. 156.

As discussed this evening via email with the Court, the parties' continuing negotiations regarding this dispute have progressed to the point that the parties believe they are likely to resolve it consensually. The parties respectfully request that Your Honor adjourn argument until January 4 or a later date available to the Court, and that the parties be permitted to update the Court by January 4 as to the status of this dispute.

Respectfully submitted,

*/s/ Christopher P. Johnson*                                             */s/ Richard A. Jacobsen*
Christopher P. Johnson                                                    Richard A. Jacobsen, Jr.
Counsel for Plaintiff-Trustee                                              Counsel for Defendants