**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,

                              Plaintiff,                **ORDER**

                 -against-                       **19-CV-2305 (PGG) (JW)**

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                             Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On April 6, 2023, the Parties raised a discovery dispute with the Court. Dkt. No. 166. On April 11, 2023, the dispute was referred to this Court. Dkt. No. 167. A hearing is scheduled for **May 23, 2023** at **2:00 PM**. The hearing will be held in Courtroom 228, 40 Foley Square, New York, New York.

      In the interim, the discovery period is extended until **May 23, 2023**. The Parties are encouraged to continue with the outstanding depositions.

SO ORDERED.

DATED:    New York, New York
               April 13, 2023

                                                            _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge