**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,

                     Plaintiff,          **ORDER**

        -against-                     19-CV-2305 (PGG) (JW)

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    On May 22, 2023, Defendants raised a discovery dispute with the Court. Dkt. No. 178. A hearing is scheduled for **June 15, 2023** at **11:00 AM**. The hearing will be held in Courtroom 228, 40 Foley Square, New York, New York.

    SO ORDERED.

DATED:    New York, New York
               May 26, 2023

                                                      _____
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge