MCKOOL SMITH

Zachary W. Mazin
Direct Dial: (212) 402-9414
zmazin@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444
www.mckoolsmith.com

February 12, 2025

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

RE: *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305) [rel. 1:19-cv-02307]

Dear Judge Gardephe:

On behalf of plaintiff U.S. Bank National Association ("U.S. Bank"), in its capacity as trustee of the GSAMP Trust 2007-HE1, I am writing pursuant to Rule IV(A) of Your Honor's Individual Rules of Practice in Civil Cases to request that the Court so-order the attached stipulation applying to this action the Court's forthcoming Order on the Fed. R. Civ. P. 15 motion to amend submitted by U.S. Bank, in its capacity as trustee of the GSAMP Trust 2007-HE2 in the related action, *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.*, No. 1:19-cv-02307, ECF Nos. 167-172, 175, 176.

Respectfully submitted,

/s/ Zachary W. Mazin

cc: All Counsel of Record (via ECF)